13920 2

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-0015 PAM/JGL Case Title: REM Inc v Great-West Life

**Affidavit of Movant**

I, Timothy D. Kelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Waldemar Pflepsen, Jr., an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Great West Ins. Co. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 54926 MN Attorney License # — 2/19/02 Date

**Affidavit of Proposed Admittee**

I, Waldemar J. Pflepsen, Jr., am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Waldemar J. Pflepsen, Jr. Type/Print Name — [signature] Signature — 1-13-02 Date

Attorney License Number: DC Bar #286484

Law Firm Name & Address: Jorden Burt LLP

1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007

Telephone: (202-965-8133

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

FEB 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________